UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 07-20009-CR-MARTINEZ/BANDSTRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEPHANIE JOHNSON,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant Stephanie Johnson's (a) Motion To Suppress [Evidence] **(D.E.#51)**, filed February 26, 2007; and (b) Corrected Motion to Suppress Statements **(D.E.#77),** filed on March 9, 2007.

**THE MATTER** was referred to United States Magistrate Judge Ted E. Bandstra, and accordingly, the Magistrate Judge conducted an evidentiary hearing on both motions on March 13, 2007. A Report and Recommendation filed on March 14, 2007, recommending that defendant's Motion to Suppress [Evidence] be **Denied;** and Defendant's Corrected Motion to Suppress Statements be **Denied.**

The parties were afforded the opportunity to serve and file written objections within ten (10) days upon receipt of the Magistrate's Report and Recommendation, and record reveals that objections were filed by the Defendant and noted by this Court. After a *de novo* review of the record and Magistrate Bandstra's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Ted E. Bandstra's Report and Recommendation of March 14, 2007 is hereby **Adopted and Approved** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, March 27, 2007.

                                              _____
                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
U.S. Magistrate Judge Bandstra
All Counsel Of Record